UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

In the matter of:

ANGELA WAFER                        Chapter 7
                                             Case No. 14-52640
                                             HONORABLE PHILLIP J. SHEFFERLY

        Debtor(s).
_____/

## NOTICE OF WITHDRAW OF PROOF OF SERVICE (DOCUMENT NUMBER 18) FILED ON October 13, 2014

      NOW COME the Debtor, by and through her Attorney, DAVID I. GOLDSTEIN, and hereby withdraws the Proof of Service (Document Number 18) filed on October 13, 2014.

Dated: October 13, 2014                                     /s/ David I. Goldstein
                                                                  David I. Goldstein (P14130)
                                                                  Attorney for Debtors
                                                                  4930 Washtenaw Ave
                                                                  Ann Arbor MI 48108
                                                                  734-528-9886
                                                                  dstinger2684@sbcglobal.net