UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                          In Bankruptcy

**WAFER, ANGELA NICOLE,**           Case No. 14-52640 PJS
                                           Chapter 7
         Debtor.                            Hon. Phillip J. Shefferly
_____/

### STIPULATION TO ORDER FOR
### BANKRUPTCY RULE 2004 EXAMINATION

       The Trustee, Timothy J. Miller and the Debtor Angela Nicole Wafer stipulate to entry of the attached order.

Dated: February 11, 2015            */s/ Timothy J. Milller, trustee*
                                                Timothy J. Miller (P36951)
                                                64541 Van Dyke, Suite 101-B
                                                Washington Township, MI 48095
                                                (586) 281-3764
                                                tmiller@schneidermiller.com

Dated: February 11, 2015            */s/ David I. Goldstein, attorney*
                                                David I. Goldstein (P14130)
                                                Attorney for the Debtor
                                                4930 Washtenaw
                                                Ann Arbor, MI 48108
                                                (734) 528-9886
                                                davidgoldstein.law@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:     In Bankruptcy

**WAFER, ANGELA NICOLE,**     Case No. 14-52640 PJS
Chapter 7
Debtor.     Hon. Phillip J. Shefferly
_____/

## ORDER FOR RULE 2004 EXAMINATION

The Court being advised of the filed stipulation between the Trustee, Timothy J. Miller, and the Debtor, Angela Nicole Wafer, and being otherwise duly advised,

IT IS HEREBY ORDERED that the Debtor Angela Nicole Wafer shall appear on February 25, 2015 at 8:20 a.m. at the Bankruptcy Meeting Room, 200 E. Liberty, 2nd Floor, Ann Arbor, Michigan, and submit to examination under oath pursuant to Bankruptcy Rule 2004, and provide on or before February 23, 2015 to Timothy J. Miller, trustee, the following;

    (a) State and federal income tax returns for year 2012 together with all supporting statements and schedules, W2s, 1099s, and all documents showing any tax schedule C entries;

    (b) State and federal income tax returns for year 2013 together with all supporting statements and schedules, W2s, 1099s, and all documents showing any tax schedule C entries; and

    (c) State and federal income tax returns for year 2014 together with all supporting statements and schedules, W2s, 1099s, and all documents showing any tax schedule C entries.